IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GREGORY SHEGOG
(BOP #19790-044),

Petitioner,

v.

No. 11-cv-37-DRH

UNITED STATES PAROLE
COMMISSION,

Respondent.

## JUDGMENT

This action came before the Court, Chief District Judge David R. Herndon, for preliminary consideration of petitioner's application for writ of habeas corpus. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is summarily dismissed without prejudice. Judgment is entered in favor of respondent and against petitioner. Petitioner is to take nothing from this action.

**DATED: August 17, 2011**

NANCY J. ROSENSTENGEL, CLERK

By: s/ Tanya Kelley
Deputy Clerk

APPROVED: *David R. Herndon*
Digitally signed by David R. Herndon
Date: 2011.08.17 15:00:43 -05'00'

Chief Judge
United States District Court